**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rasool Kashkool, ) | No. CV-07-0190-PHX |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| Michael Chertoff, et al., ) | |
| Defendants. ) | |

    Plaintiff filed his Response (docket #8) to the Court's Order to Show Cause, issued March 9, 2007. (docket #7) Contrary to the instructions on the Consent form which explicitly states, "**DO NOT ELECTRONICALLY FILE,**" Plaintiff has attached a copy of his Consent to Exercise of Jurisdiction by United States Magistrate Judge to his Response (docket #8, Part 2). The original Consent form has been received by the undersigned's chambers and has been forwarded to the Clerk's office for processing.

    In light of Plaintiff's Response and filing of the Consent to Exercise of Jurisdiction by United States Magistrate Judge, the Court will discharge the Order to Show Cause.

    **IT IS ORDERED discharging** the Court's Order to Show Cause issued March 9, 2007 (docket #7).

    DATED this 5th day of April, 2007.

Lawrence O. Anderson
United States Magistrate Judge