**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rasool Kashkool,           )<br>               )<br>        Plaintiff,      )<br>               )<br>vs.            )<br>               )<br>Michael Chertoff, et al.,   )<br>               )<br>        Defendants.    )<br>_____) | No. CV-07-190-PHX-LOA<br><br>**ORDER** |

On the Court's own motion,

**IT IS ORDERED** expressly retaining jurisdiction over this case to ensure that this Court's April 7, 2008 Order is carried out. *Kokkonen v. Guardian Life Ins. Co.*, 511 U.S. 375 (1994); *Ortolf v. Silver Bar Mines, Inc.*, 111 F.3d 85 (9th Cir. 1997); *Aboushaban v. Mueller*, 475 F.Supp.2d 943, 945 (N.D. Cal. 2007).

**IT IS FURTHER ORDERED** that counsel shall promptly notify this Court in writing when Defendants complete the adjudication of Plaintiff's I-485 application so that this case may be terminated.

Dated this 8th day of April, 2008.

/s/ Lawrence O. Anderson
Lawrence O. Anderson
United States Magistrate Judge